[No. 41045-1-II.   Division Two.   May 1, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L. MELLOR, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00427-0, F. Mark McCauley, J., entered July 19, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 41140-7-II.   Division Two.   May 1, 2012.]

*In the Matter of the Marriage of* DIANA LYNN ROGERS, *Appellant*, and CHRISTOPHER KAYE ROGERS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-3-01173-3, Eric Schmidt, J. Pro Tem., entered July 30, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 41158-0-II.   Division Two.   May 1, 2012.]

JOHN A. BURNELL, *Appellant*, v. THURSTON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-01871-3, Paula Casey, J., entered August 27, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 41447-3-II.   Division Two.   May 1, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT S. UNRUH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03681-2, Ronald E. Culpepper, J., entered November 2, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Van Deren and Johanson, JJ.